```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 94-10287-MLW |
| | ) | |
| FRANCIS P. SALEMME, | ) | |
| Defendant | ) | |

ORDER

WOLF, D.J.                                          December 21, 2012

It is hereby ORDERED that:

1. The government shall, by January 8, 2013, <u>ex parte</u> and under seal, supplement its <u>Ex Parte</u> Sealed Submission in Response to the Court's Order dated December 5, 2012 to address issues discussed at the December 21, 2012 hearing.

2. A further hearing, which counsel for defendant James Bulger and the government shall attend, will be held on January 15, 2013, at 10:00 a.m., to address the Government's Submission in Response to Court Order Dated December 5, 2012, which is a matter of public record, and the protective order the court intends to issue in connection with the disclosure of documents and transcripts sealed in this case that the government proposes to make.

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT COURT