```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 94-10287-MLW |
| | ) | |
| FRANCIS P. SALEMME, | ) | |
| Defendant | ) | |

<u>ORDER</u>

WOLF, D.J.                                           February 4, 2013

The January 24, 2013 Order (the "Order") requires the government to produce to defendant James J. Bulger, by February 5, 2013 and subject to the Order, the documents in the government's December 11, 2012 Submission, as revised in the January 8, 2013 Submission, if the affidavits required by paragraph 1(d) of the Order have been filed by February 1, 2013. It is not now clear to the court whether all of the affidavits required by paragraph 1(d) of the Order have been submitted.

In view of the foregoing, it is hereby ORDERED that the November 6, 2012 and December 5, 2012 Orders remain in effect and, therefore, the government shall not produce to defendant the documents in the government's December 11, 2012 Submission, as revised in the January 8, 2013 Submission, without further order of this court.

                                                      /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT COURT